IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENDALE FIELDS,

    Plaintiff,

vs.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al.,

    Defendant.

No. CIV S-09-183 FCD KJM

ORDER

---

Defendants' motion to dismiss came on regularly for hearing April 22, 2009. Plaintiff appeared in propria persona, accompanied by his wife. Jon Ives appeared telephonically for defendants. Upon review of the documents in support, no opposition having been filed, upon hearing the arguments of plaintiff and counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

    1. Plaintiff's hearing disability shall be accommodated at all hearings in this action. The Clerk of Court is directed to provide plaintiff a headset for all further in-court proceedings.

    2. Plaintiff did not timely file opposition after an extension of time to file said opposition was provided. Plaintiff is granted one final opportunity to file opposition to the

1

1 pending motion to dismiss.  Opposition shall be filed no later than May 6, 2009.  Failure to file
2 opposition shall be deemed a statement of non-opposition.  Defendant may file a reply no later
3 than May 13, 2009.  The matter will thereafter stand submitted.

    3.  Plaintiff filed a document on April 21, 2009, which the court will construe as a motion to remand.  Opposition, if any, shall be filed no later than May 6, 2009.  Reply, if any, shall be filed no later than May 13, 2009.  This matter also will thereafter stand submitted.

DATED:  April 23, 2009.

_____
U.S. MAGISTRATE JUDGE

006
fields.oah